PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-mj-00045-CKD |
| Plaintiff, | ) ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) |
| ADRIAN ROGAN, | ) DATE: June 29, 2017 |
| Defendant. | ) TIME: 9:30 a.m. ) JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-mj-00045-CKD without prejudice is GRANTED.

It is further ordered that the briefing schedule is vacated and the Status Conference scheduled on June 29, 2017, is vacated.

IT IS SO ORDERED.

Dated: May 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE